198 So. 624

### STATE v. V. C. MAY.

### 6 Div. 766.

Supreme Court of Alabama.

Nov. 14, 1940.

Cecil H. Strawbridge, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., for respondent.

BROWN, Justice.

The judgment of the Court of Appeals, as appears from the opinion of that court, was entered in pursuance of an agreement between parties.

The writ is denied, and judgment is affirmed.

GARDNER, C. J., and THOMAS and KNIGHT, JJ., concur.